UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| STACEY WADE | PLAINTIFF |
|---|---|
| VS. | CIVIL ACTION NO. 3:07cv225-~~DPJ~~-JCS *HTW-LRA* |
| HASBRO, INC., ET AL. | DEFENDANTS |

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents Defendants. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersign recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 26th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE